IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 1:18-cr-10006

KYLE TAYLOR SHELL                                                                           DEFENDANT

## **ORDER**

On November 16, 2018, the Court held a hearing regarding the revocation of Defendant's supervised release. This Order is meant to clarify that the Court will subsequently issue a revocation judgment which shall reflect that all mandatory and special conditions previously imposed will remain in effect, with the exception of Special Condition number 2 that the Defendant perform 100 hours of community service.

**IT IS SO ORDERED**, this 16th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge